Kenneth WILBOURN

v.

STATE

2131044

Court of Civil Appeals of Alabama.

01/02/2015

Dismissed

A.M.W.

v.

T.L.M.

2131048

Court of Civil Appeals of Alabama.

03/13/2015

Affirmed

EX PARTE Ashley Nicole CANTEY

In re: Ashley Nicole Cantey

v.

Jonathan Meacham McNeeley

2131049

Court of Civil Appeals of Alabama.

01/23/2015

Reh. denied

Karen H. JACKSON

v.

Wyatt SASSER, individually and
d/b/a Wyatt Sasser Constr.

2131051

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

C.H.

v.

TALLADEGA CTY. DEP'T
OF HUMAN RES.

2131065

Court of Civil Appeals of Alabama.

02/06/2015

Affirmed

